[No. 40513-0-II.   Division Two.   February 28, 2012.]

*In the Matter of the Marriage of* THOMAS JAMES BENNER, *Appellant*, and ASHLEY MARIE BENNER, *Respondent*.

*Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 40526-1-II.   Division Two.   February 28, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD A. PLECHNER, *Appellant*.

*Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 40588-1-II.   Division Two.   February 28, 2012.]

WILLIAM D. WEBSTER, *Appellant*, v. SOMDET WEBSTER ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 40884-8-II.   Division Two.   February 28, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. M.B.J., *Appellant*.

*Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Armstrong, J.